UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: ETHYLENE PROPYLENE DIENE       :<br>       MONOMER (EPDM) ANTITRUST     :          NO. 3:03MD1542 (PCD)<br>       LITIGATION                                              : | |
| : | |
| IN RE: POLYCHLOROPRENE RUBBER (CR)  :          NO. 3:05MD1642 (PCD)<br>       ANTITRUST LITIGATION                    :                    3:05CV604 (PCD)<br> : | |

### ORDER RE: RECUSAL

On the basis of 28 U.S.C. § 455 and the recent discovery of the financial disqualification of the undersigned, recusal as the assigned judge is mandated.  The cases on the attached list, assigned as MDL ##03-1542 and 05-1642, are hereby reassigned to the Hon. Stefan R. Underhill, U.S. District Judge.  All future non-electronic filings in these cases shall be filed in the Bridgeport Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut  06604.

SO ORDERED this 7th day of February, 2007.


                                                                  /s/
                                             Peter C. Dorsey, U.S. District Judge

**3:03md1542**

<u>Reeves Brothers Inc. v. Crompton Corp.</u>, 3:03cv550
<u>Diamond Holding Corp. v. Crompton Corp., et al.</u>, 3:03cv1445
<u>Immerman v. Crompton Corp., et al.</u>, 3:03cv1536
<u>Rubber Eng & Dev Co., et al. v. Crompton Corp., et al.</u>, 3:03cv1744
<u>Robbins LLC, et al. v. Crompton Corp.</u>, 3:03cv1748
<u>Polymerics Inc., et al. v. Crompton Corp., et al.</u>, 3:03cv1749
<u>Duraplas Corp., et al. v. Crompton Corp., et al.</u>, 3:03cv1752
<u>Alco Industries Inc. v. Crompton Corp., et al.</u>, 3:03cv1753
<u>Freudenberg-Nok, et al. v. Crompton Corp., et al.</u>, 3:03cv1754
<u>Synaflex Rubber Products v. Crompton Corp.</u>, 3:03cv2076
<u>Precision Assoc Inc. v. Crompton Corp., et al.</u>, 3:04cv396
<u>RBX Industries Inc. v. Crompton Corp., et al.</u>, 3:05cv528
<u>Carlisle Co., Inc., et al. v. Crompton Corp., et al.</u>, 3:05cv1278

**3:05md1642**

RBX Industries, Inc. v. Bayer Corp., et al., 3:05cv346
ALFA Adhesives Inc. v. Bayer AG, et al., 3:05cv367
Crossfield Prod Corp. v. Bayer AG, et al., 3:05cv368
Standard Rubber Products Inc. v. Bayer AG, et al., 3:05cv369
Rubber Millers Inc. v. Bayer AG, et al., 3:05cv370
Industrial Rubber Products LLC v. Dupont Dow Elastomers LLC, et al., 3:05cv394
Goodyear Tire & Rubber Co. v. Bayer AG, et al., 3:05cv461
Parker Hannifin Corp., et al. v. Bayer AG, et al., 3:05cv604
Chemionics Corp. v. Bayer AG, et al., 3:05cv605